UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:08-CR-41 |
| V. ) | (Jordan /Guyton) |
| ) | |
| CHRISTOPHER JAMES DOMERMUTH, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court upon Christopher Domermuth's Motion for Extension of Time Within Which to File Pretrial Motions [Doc. 23], timely filed May 21, 2008. Counsel for Mr. Domermuth, Attorney David Eldridge, has set forth appropriate circumstances for the Court's consideration in support of an extension of the motions deadline. The government does not oppose Mr. Domermuth's request.

The Court finds that good cause has been shown to extend the deadline previously established for filing of motions. Accordingly, Domermuth's Motion for Extension of Time Within Which to File Pretrial Motions **[Doc. 23]** is **GRANTED**. The deadline for filing pretrial motions is extended to **June 6, 2008,** as requested. If such additional motions are filed, responses to those

motions will be due on or before **June 20, 2008.** The parties should be prepared to schedule a hearing on the merits of the pending pretrial motions and to address the June 30, 2008, trial date at the time previously established for the Pretrial Conference, **June 16, 2008, at 10:30 a.m.**.

**IT IS SO ORDERED.**

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge